UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OCTAVIA SMITH,              ) | |
|                 ) | |
|     Plaintiff,       ) | |
|                 ) | CIVIL ACTION NO. |
| VS.                          ) | |
|                 ) | 3:13-CV-0792-G (BN) |
| DALLAS COUNTY HOSPITAL       ) | |
| DISTRICT d/b/a PARKLAND HEALTH ) | |
| AND HOSPITAL SYSTEM,         ) | |
|                 ) | |
|     Defendant.      ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge dated January 29, 2014, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

The plaintiff is therefore **ORDERED** to file a second amended complaint repleading her Title VII and retaliation claims by **March 12, 2014**. If she fails to do so, her case will be dismissed with prejudice without further notice.

The plaintiff filed objections to the magistrate judge's recommendation, in which she made a number of factual allegations to support her Title VII and retaliation claims and argued that dismissal was improper. *See* Plaintiff's Objections to Report and Recommendation (docket entry 25). The plaintiff is reminded that she still has an opportunity to amend her complaint, and that if she wishes for the court to consider those allegations in support of her claims, she can include them in her second amended complaint.

February 19, 2014.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**