UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OCTAVIA SMITH,                )  | |
|                               )  | |
|     Plaintiff,                )  | |
|                               )  | CIVIL ACTION NO. |
| VS.                           )  | |
|                               )  | 3:13-CV-0792-G (BN) |
| DALLAS COUNTY HOSPITAL        )  | |
| DISTRICT d/b/a PARKLAND HEALTH)  | |
| & HOSPITAL SYSTEM,            )  | |
|                               )  | |
|     Defendant.                )  | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case and of the findings, conclusions, and recommendation of the United States Magistrate Judge dated October 22, 2014, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted.

December 9, 2014.

A. JOE FISH
**Senior United States District Judge**